Entered: September 22, 2014
Signed:  September 22, 2014

**SO ORDERED**



**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   14−19425 − JS   Chapter:   7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Antoinette Maria Shannon
*debtor has no known aliases*
99 Aven Way
Baltimore, MD 21236

Social Security No.:   xxx−xx−7248

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 6/11/14.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Monique D. Almy is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**End of Order**

**fnldec** − *lreid*